884

No. 304. REMMER *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *J. Louis Monarch* and *Spurgeon Avakian* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 331. UNITED STATES *v.* GUY W. CAPPS, INC. C. A. 4th Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States. *W. R. Ashburn* for respondent.

No. 366. UNITED STATES EX REL. ACCARDI *v.* SHAUGH-NESSY, DISTRICT DIRECTOR OF THE IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Jack Wasserman* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 352. THOMPSON *v.* LAWSON, DEPUTY COMMISSIONER OF THE UNITED STATES BUREAU OF EMPLOYEES COMPENSATION, ET AL. C. A. 5th Cir. Certiorari granted. *Thomas M. Cooley, II,* for petitioner. *Acting Solicitor General Stern* filed a memorandum stating that the respondent Deputy Commissioner does not oppose the granting of the petition.

No. 180. ELGES *v.* NEVADA. Supreme Court of Nevada. Certiorari denied. *Milton W. King* for petitioner. *W. T. Mathews,* Attorney General of Nevada, *Geo. P. Annand, William N. Dunseath, John W. Barrett,* Deputy

Attorneys General, *Alan Bible* and *Jack Streeter* for respondent.

No. 311. UNITED STATES *v.* FRYER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Acting Solicitor General Stern* for the United States. *James J. Laughlin* for respondent.

No. 332. BENZ ET AL. *v.* COMPANIA NAVIERA HIDALGO, S. A. C. A. 9th Cir. Certiorari denied. *Kneland C. Tanner* for petitioners.

No. 351. SCHULZ ET AL. *v.* FLORA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Robert Ruppin* for petitioners.

No. 353. BOYLE *v.* LARUE, TREASURER OF TRUMBULL COUNTY, ET AL. Supreme Court of Ohio. Certiorari denied. *James J. Boyle, pro se. Wendell E. Cable* for the Village of Hubbard, respondent.

No. 354. AEBY ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 355. FOLLETT *v.* VORIS, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES COMPENSATION, ET AL. C. A. 5th Cir. Certiorari denied. *Arthur J. Mandell* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for the Deputy Commissioner; and *John R. Brown* and *E. D.*